UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE MICHAEL VIDEAU,

Plaintiff,

v.

CADI BONNEY, et al.,

Defendants.

Case No. 26-cv-04022-JD

**ORDER RE DISMISSAL**

Re: Dkt. No. 4

Plaintiff, a detainee acting pro se, filed a civil rights action under 42 U.S.C. § 1983. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days have passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is dismissed without prejudice and the pending motion (Dkt. No. 4) is vacated.

**IT IS SO ORDERED.**

Dated: September 21, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California